# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| **BRIAN TINGLEY**, | Case No. 3:21-cv-5359 |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER** |
| **ROBERT W. FERGUSON**, in his official capacity as Attorney General for the State of Washington; **UMAIR A. SHAH**, in his official capacity as Secretary of Health for the State of Washington; and **KRISTIN PETERSON** in her official capacity as Assistant Secretary of the Health Systems Quality Assurance division of the Washington State Department of Health, | |
| Defendants. | |

Upon consideration of the motion for preliminary injunction filed by Plaintiff Brian Tingley, and the Court having reviewed the Motion, the Defendants' Opposition, and Plaintiff's Reply, and having heard argument on the Motion and being fully familiar with the record,

**IT IS ORDERED** that the motion for preliminary injunction is GRANTED and that Defendants, and all those acting in concert with Defendants, are enjoined

[Proposed] Order Granting
Motion for Preliminary Injunction

1

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020

1 from enforcing Senate Bill 5722, codified at Wash Rev. Code §§ 18.130.020 and
2 18.130.180 (the "Counseling Censorship Law"), during the pendency of this case
3 until further order of this court.
4     DATED this ____ day of _____, 2021.

                                                          _____
                                                          United States District Judge

Presented by:
s/ Kristen K. Waggoner
Kristen K. Waggoner (WSBA #27790)
Roger Brooks (NC BAR #16317)*
David A. Cortman (GA Bar #188810)*
Gregory D. Esau (WSBA #22404)

*Attorneys for Plaintiff Brian Tingley*

**Pro hac vice* applications pending

[Proposed] Order Granting
Motion for Preliminary Injunction

3

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020