The Honorable Robert J. Bryan
Noted for August 20, 2021 at 1:30pm

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| BRIAN TINGLEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT W. FERGUSON et al.,<br><br>　　　　　Defendants. | NO. 3:21-cv-05359-RJB<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

This matter came before the Court on Defendants' Motion to Dismiss and Plaintiff's Motion for Preliminary Injunction. The Court has reviewed Plaintiff's Motion for Preliminary Injunction, Defendants' Motion to Dismiss and Opposition to Plaintiff's Motion for Preliminary Injunction, Plaintiff's Reply in Support of the Motion for Preliminary Injunction and Opposition to Defendants' Motion to Dismiss, Defendants' Reply in Support of the Motion to Dismiss, all supporting papers thereto, and the parties' oral arguments.

Based on the foregoing, IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is GRANTED and Plaintiff's Motion for Preliminary Injunction is DENIED. Each of Plaintiff's claims for relief is DISMISSED.

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS
AND DENYING PLAINTIFF'S
MOTION FOR PRELIMINARY
INJUNCTION
NO. 3:21-CV-05359-RJB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  | There are no issues remaining in this case. This case is, therefore, DISMISSED with
2  | prejudice.
3  |     IT IS SO ORDERED.
4  |
5  |     DATED this _____ day of _____ 2021.
6  |
7  |                                          _____
                                              THE HONORABLE ROBERT J. BRYAN

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS
AND DENYING PLAINTIFF'S
MOTION FOR PRELIMINARY
INJUNCTION
NO.  3:21-CV-05359-RJB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744