## Appendix B
## States Regulating or Prohibiting SOGICE

| Jurisdiction[1] | Law/Rule/Order | Details |
|---|---|---|
| California | SB 1172 (2012) | Law restricting conversion "therapy" for minors |
| Colorado | HB 19-1129 (2019) | Law restricting conversion "therapy" for minors |
| Connecticut | HB 6695 (2017) | Law restricting conversion "therapy" for minors |
| Delaware | SB 65 (2018) | Law restricting conversion "therapy" for minors |
| District of Columbia | B20-0501 (2014) | Law restricting conversion "therapy" for minors |
| Hawai'i | SB 270 (2018)<br>HB 664 (2019) | Law restricting conversion "therapy" for minors |
| Illinois | HB 0217 (2015) | Law restricting conversion "therapy" for minors |
| Maine | L.D. 1025 (2019) | Law restricting conversion "therapy" for minors |
| Maryland | SB 1028 (2018) | Law restricting conversion "therapy" for minors |
| Massachusetts | H.140 (2019) | Law restricting conversion "therapy" for minors |
| Michigan | Executive Directive No. 2021-3 (June 2021) | Executive directive prohibiting use of state funds for conversion "therapy" for minors |
| Nevada | SB 201 (2017) | Law restricting conversion "therapy" for minors |
| New Hampshire | HB 587 (2018) | Law restricting conversion "therapy" for minors |
| New Jersey | AB 3371 (2013) | Law restricting conversion "therapy" for minors |
| New Mexico | SB 121 (2017) | Law restricting conversion "therapy" for minors |

---

[1] This chart excludes cities and counties that restrict SOGICE.

| Jurisdiction[1] | Law/Rule/Order | Details |
|---|---|---|
| New York | SB 1046 (2019) | Law restricting conversion "therapy" for minors |
| North Carolina | Executive Order No. 97 (Aug 2019) | Executive order prohibiting use of state funds for conversion "therapy" for minors |
| North Dakota | Section 75.5-02-06.1 (2021) | Ethics regulation prohibiting licensed social workers from practicing conversion "therapy" |
| Oregon | HB 2307 (2015) | Law restricting conversion "therapy" for minors |
| Rhode Island | H 5277A (2017) | Law restricting conversion "therapy" for minors |
| Utah | UAC R156-60 (2020) | Licensing regulation restricting conversion "therapy" for minors |
| Vermont | Act 132 (2016) | Law restricting conversion "therapy" for minors |
| Virginia | HB 386 (2020) | Law restricting conversion "therapy" for minors |
| Washington | SB 5722 (2018) | Law restricting conversion "therapy" for minors |
| Wisconsin | Executive Order No. 122 (June 2021) | Executive order prohibiting use of state funds for conversion "therapy" for minors |
| Puerto Rico | OE-2019-016 (March 2019) | Executive order requiring institutions seeking licensure to certify they will not offer conversion "therapy" |