The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| BRIAN TINGLEY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT W. FERGUSON et al.,<br><br>　　　　　　Defendant. | NO.  3:21-cv-05359-RJB<br><br>DECLARATION OF BRENDAN SELBY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

I, Brendan Selby, declare as follows:

1.　I am an Assistant Attorney General in the Complex Litigation Division of the Washington State Attorney General's Office. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am submitting this declaration in support of the Defendants' Motion to Dismiss and Opposition to Plaintiff's Motion for Preliminary Injunction. The legislative materials attached as Exhibits A through E are publicly available online. They are provided for the convenience of the Court and parties.

2.　Attached as Exhibit A is a true and correct copy of Senate Bill 5722, Chapter 300, Laws of 2018, effective date June 7, 2018, *available at* http://lawfilesext.leg.wa.gov/biennium/2017-18/Pdf/Bills/Session%20Laws/Senate/5722.SL.pdf?q=20210624121607.

DECLARATION OF BRENDAN SELBY
IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS AND
OPPOSITION TO PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION
NO.  3:21-CV-05359-RJB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

3. Attached as Exhibit B is a true and correct copy of Senate Bill Report SB 5722, as Amended by House on February 28, 2018, *available at* http://lawfilesext.leg.wa.gov/biennium/2017-18/Pdf/Bill%20Reports/Senate/5722%20SBR%20HA%2018.pdf?q=20210624121607.

4. Attached as Exhibit C is a true and correct copy of House Bill Report SB 5722, As Passed House—Amended, dated February 28, 2018, *available at* http://lawfilesext.leg.wa.gov/biennium/2017-18/Pdf/Bill%20Reports/House/5722%20HBR%20APH%2018.pdf?q=20210624121607.

5. Attached as Exhibit D is a true and correct copy of the Health Impact Review of SB 5722, Restricting the Practice of Conversion Therapy (2017-2018 Legislative Session), dated November 20, 2017, *available at* https://sboh.wa.gov/Portals/7/Doc/HealthImpactReviews/HIR-2017-18-SB5722.pdf.

6. Attached as Exhibit E is a true and correct copy of Senate Bill 6499, 2014 Regular Session, *available at* http://lawfilesext.leg.wa.gov/biennium/2013-14/Pdf/Bills/Senate%20Bills/6449.pdf?q=20210624123851.

7. Attached as Exhibit F is a true and correct copy of the Report of the American Psychiatric Association Task Force on Treatment of Gender Identity Disorder, published June 27, 2012.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 25th day of June 2021.

*/s/ Brendan Selby*
BRENDAN SELBY

DECLARATION OF BRENDAN SELBY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
NO. 3:21-CV-05359-RJB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification to all counsel of record.

DATED this 25th day of June, 2021, at Seattle, Washington.

*/s/ Brendan Selby*
BRENDAN SELBY, WSBA #55325
Assistant Attorney General

DECLARATION OF BRENDAN SELBY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION NO. 3:21-CV-05359-RJB

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744