1
2
3
4
5
6

Honorable Robert J. Bryan

7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9 | BRIAN TINGLEY,

10 |     Plaintiff,

11

12 | v.

13 | ROBERT W. FERGUSON, in his official capacity as Attorney General for the State of Washington; UMAIR A. SHAH, in his official capacity as Secretary of Health for the State of Washington; and KRISTIN PETERSON, in her official capacity as Assistant Secretary of the Health Systems Quality Assurance Division of the Washington State Department of Health,

14
15
16
17

18 |     Defendants,

19 | and

20 | EQUAL RIGHTS WASHINGTON,

21 |     Intervenor Defendant.

Case No. 3:21-cv-05359-RJB

**NOTICE OF APPEAL**

22

23 NOTICE IS HEREBY GIVEN that Plaintiff Brian Tingley hereby appeals to

24 the United States Court of Appeals for the Ninth Circuit from the Order Granting

25 Defendants' Motion to Dismiss and Denying Plaintiff's Motion for a Preliminary

26 Injunction (ECF No. 47) entered in this action on August 30, 2021.

27

Plaintiff's Notice of Appeal
3:21-cv-05359-RJB

1

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020

1  Pursuant to Federal Rule of Appellate Procedure 12(b) and Circuit Rules 3-2(b)
2  and 12-2, attached hereto is a Representation Statement naming all parties to the
3  appeal and their respective counsel.
4
5  Respectfully submitted this 28th day of September, 2021.
6  By: s/ Roger G. Brooks

7  Gregory D. Esau (WSBA #22404)  Kristen Waggoner (WSBA #27790)
   ELLIS | LI | MCKINSTRY  Roger G. Brooks* (NC Bar #16317)
8  1700 Seventh Avenue, Suite 1810  ALLIANCE DEFENDING FREEDOM
   Seattle, WA 98101  15100 N. 90th Street
9  206-682-0565 (T)  Scottsdale, AZ 85260
   gesau@elmlaw.com  480-444-00204 (T)
10  480-444-0028 (F)
11  kwaggoner@adflegal.org
    rbrooks@adflegal.org
12
13  David A. Cortman* (GA Bar #188810)
    ALLIANCE DEFENDING FREEDOM
14  1000 Hurricane Shoals Rd. NE
    Ste. D-1100
15  Lawrenceville, GA 30043
    (770) 339-0774 (T)
16  (770) 339-6744 (F)
    dcortman@adflegal.org
17
18  *Admitted *Pro Hac Vice*
19
20
21
22
23
24
25
26
27

Plaintiff's Notice of Appeal    1    ALLIANCE DEFENDING FREEDOM
3:21-cv-05359-RJB                    15100 N. 90th Street
                                     Scottsdale, Arizona 85260
                                     (480) 444-0020

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

DATED: September 28, 2021

s/ Roger G. Brooks
Roger G. Brooks*(NC Bar #16317)

*Attorney for Plaintiff*

Plaintiff's Notice of Appeal
3:21-cv-05359-RJB

1

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020

## Plaintiff's Representation Statement

**Plaintiff:**

    Brian Tingley

**Counsel for Plaintiff:**

    Roger G. Brooks
    ALLIANCE DEFENDING FREEDOM
    15100 N. 90th Street
    Scottsdale, AZ 85260
    480-444-00204
    rbrooks@adflegal.org

    Kristen K. Waggoner
    John J. Bursch
    ALLIANCE DEFENDING FREEDOM
    440 First Street NW, Suite 600
    Washington, DC 20001
    202-393-8690
    kwaggoner@adflegal.org
    jbursch@adflegal.org

    David A. Cortman
    ALLIANCE DEFENDING FREEDOM
    1000 Hurricane Shoals Road NE, Suite D-1100
    Lawrenceville, GA 30043
    770-339-0774
    dcortman@adflegal.org

    Cody S. Barnett
    ALLIANCE DEFENDING FREEDOM
    44180 Riverside Pkwy
    Lansdowne, VA 20176
    571-707-4655
    cbarnett@adflegal.org

    Gregory D. Esau
    ELLIS | LI | MCKINSTRY
    1700 Seventh Avenue, Suite 1810
    Seattle, WA 98101
    206-682-0565
    gesau@elmlaw.com

Plaintiff's Notice of Appeal
3:19-cv-05181

4

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020

**Defendants:**

> ROBERT W. FERGUSON, in his official capacity as Attorney General for the State of Washington
>
> UMAIR A. SHAH, in his official capacity as Secretary of Health for the State of Washington
>
> KRISTIN PETERSON, in her official capacity as Assistant Secretary of the Health Systems Quality Assurance Division of the Washington State Department of Health

**Counsel for Defendants:**

> Cristina Sepe
> Jeffrey C. Grant
> Kristin Beneski
> Attorney General's Office
> 800 Fifth Avenue, Suite 2000
> Seattle, WA 98104
> 206-254-4270
> cristina.sepe@atg.wa.gov
> jeffrey.grant@atg.wa.gov
> kristin.beneski@atg.wa.gov
>
> Joyce A. Roper
> Attorney General's Office
> Agriculture & Health Division
> 7141 Cleanwater Drive SW
> Olympia, WA 98501
> 360-664-4968
> joyce.roper@atg.wa.gov

**Intervenor Defendant:**

> Equal Rights Washington

**Counsel for Intervenor Defendant:**

> Christopher F. Stoll
> Shannon Price Minter
> National Center for Lesbian Rights
> 870 Market Street, Suite 370
> San Francisco, CA 94102
> 415-365-1320
> cstoll@nclrights.org
> sminter@nclrights.org

Plaintiff's Notice of Appeal
3:19-cv-05181

5

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020

Raegen N. Rasnic
Skellenger Bender, PS
1301 5th Avenue, Suite 3401
Seattle, WA 98101
206-623-6501
rrasnic@skellengerbender.com

Plaintiff's Notice of Appeal
3:19-cv-05181

6

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020