UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN TINGLEY,

                Plaintiff(s),

  v.

ROBERT W. FERGUSON, et al.,

                Defendant(s).

NOTICE OF CIVIL APPEAL

Case No 3:21-cv-05359-RJB

District Court Judge Robert J. Bryan

Notice is hereby given that ROBERT W. FERGUSON, UMAIR A. SHAH, and KRISTIN PETERSON (Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from

Order Granting Defendants' Motion to Dismiss and Denying Plaintiff's Motion for Preliminary Injunction (ECF No. 47)
(Name of Order/Judgment)

entered in this action on August 30, 2021
                (Date of Order)

Dated: 10/8/2021

                Cristina Sepe, WSBA #53609
                Assistant Attorney General
                WA State Office of the Attorney General
                800 Fifth Avenue, Suite 2000, Seattle, WA 98104
                (206) 342-6409
                Attorney for Cross-Appellants

Name, Address and Phone Number of Counsel for Appellant or Appellant/*Pro Se*

/s/ Cristina Sepe
———————————————
Signature of Counsel for Appellant or Appellant/*Pro Se*

NOTICE OF CIVIL APPEAL - 1

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Western District of Washington**

U.S. District Court case number: **3:21-cv-05359-RJB**

Date case was first filed in U.S. District Court: **05/13/2021**

Date of judgment or order you are appealing: **08/30/2021**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

ROBERT W. FERGUSON, in his official capacity; UMAIR A. SHAH, in his official capacity; and KRISTIN PETERSON, in her official capacity

Is this a cross-appeal?   ⦿ Yes    ○ No

If Yes, what is the first appeal case number? **21-35815**

Was there a previous appeal in this case?   ○ Yes    ⦿ No

If Yes, what is the prior appeal case number? 

Your mailing address:

800 Fifth Avenue, Suite 2000

City: Seattle    State: WA    Zip Code: 98104-3188

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Cristina Sepe    **Date** Oct 8, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1    Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

ROBERT W. FERGUSON, in his official capacity; UMAIR A. SHAH, in his official capacity; and KRISTIN PETERSON, in her official capacity

Name(s) of counsel (if any):

Cristina Sepe, Kristin Beneski, Jeffrey C. Grant, Sierra McWilliams

Address: 800 Fifth Avenue, Suite 2000, Seattle, WA 98104-3188

Telephone number(s): 206-342-6409

Email(s): cristina.sepe@atg.wa.gov; kristin.beneski@atg.wa.gov; jeffrey.grant@a

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Brian Tingley

Name(s) of counsel (if any):

Kristen K. Waggoner; Roger G. Brooks; Cody S. Barnett; John J. Bursch; David A. Cortman

Address: 15100 N. 90th Street, Scottsdale, AZ 85260

Telephone number(s): 480-444-0204

Email(s): kwaggoner@adflegal.org; rbrooks@adflegal.org; cbarnett@adflegal.org

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                       *2*                             *New 12/01/2018*