**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| **BRIAN TINGLEY**, <br><br> Plaintiff, <br><br> v. <br><br> **NICHOLAS W. BROWN**, in his official capacity as Attorney General for the State of Washington; **DENNIS WORSHAM**, in his official capacity as Secretary of Health for the State of Washington; and **SHAWNA FOX**, in her official capacity as Assistant Secretary of the Health Systems Quality Assurance division of the Washington State Department of Health, <br><br> Defendants. | Case No. 3:21-cv-05359-RJB <br><br><br> **[PROPOSED] ORDER** |

Upon consideration of the motion for relief of judgment filed by Plaintiff Brian Tingley, and the Court having reviewed the Motion and being fully familiar with the record,

**IT IS ORDERED** that the motion for relief from judgment is GRANTED, and a status conference will be scheduled in due course.

[Proposed] Order Granting
Motion for Relief from Judgment
Case No. 3:21-cv-05359-RJB

1

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020

DATED this ____ day of _____, 2026.

_____
United States District Judge

[Proposed] Order Granting
Motion for Relief from Judgment
Case No. 3:21-cv-05359-RJB

2

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020

Presented by:
s/ *Katherine L. Anderson*
Jonathan A. Scruggs** (AZ Bar No. 030505)
Katherine L. Anderson (WSBA #41707)
Roger Brooks (NC Bar #16317)*
David A. Cortman (GA Bar #188810)*
James A. Campbell (VA Bar #100090)**
Henry W. Frampton, IV** (SC Bar No. 75314)


*Attorneys for Plaintiff Brian Tingley*

*\*Admitted Pro Hac Vice*
*\*\*Pro hac vice* applications pending

[Proposed] Order Granting
Motion for Relief from Judgment
Case No. 3:21-cv-05359-RJB

3

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020